FORM 8.  Entry of Appearance

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

IN RE EFTHYMIOPOULOS                v. _____

No.  2016-1003

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se        ☒ As counsel for:    Constantin Efthymiopoulos

Name of party

I am, or the party I represent is (select one):

☐ Petitioner        ☐ Respondent        ☐ Amicus curiae        ☐ Cross Appellant

☒ Appellant        ☐ Appellee        ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant        ☐ Respondent or appellee

| | |
|---|---|
| Name: | Lynne A. Borchers |
| Law Firm: | MYERS BIGEL SIBLEY & SAJOVEC, P.A. |
| Address: | 4140 Parklake Avenue, Suite 600 |
| City, State and Zip: | Raleigh, North Carolina  27612 |
| Telephone: | (919) 854-1400 |
| Fax #: | (919) 854-1401 |
| E-mail address: | lborchers@myersbigel.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party.  I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 9/3/96

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  October 15, 2015        Signature of pro se or counsel  /s/ Lynne A. Borchers

cc:    counsel of record

Reset Fields